**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| MCImetro ACCESS TRANSMISSION SERVICES LLC, | : | |
| Plaintiff, | : | Civil Action No. 06-2120 (JAG) |
| v. | : | **ORDER** |
| NEW JERSEY BOARD OF PUBLIC UTILITIES, an agency of the State of New Jersey, et. al., | : | |
| Defendants, and | : | |
| UNITED TELEPHONE COMPANY OF NEW JERSEY, INC., | : | |
| Intervenor-Defendant. | : | |

**GREENAWAY, JR., U.S.D.J.**

This matter having come before this Court on the motion for summary judgment, pursuant to FED. R. CIV. P. 56(c), by Plaintiff MCImetro Access Transmission Services, LLC ("MCI"); and it appearing that this Court reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 28th day of September, 2007,

ORDERED that Plaintiff's motion for summary judgment (Docket Entry No. 19) is DENIED; and it is

FURTHER ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.